Kimberley Hanks McGair, OSB #984205
kmcgair@fwwlaw.com
Kelly R. Tilden, OSB #014319
ktilden@fwwlaw.com
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| EASYPOWER, LLC, an Oregon limited liability company, | Case No. 3:17-cv-01584-SB |
| Plaintiff, | STIPULATED ORDER CLOSING CASE |
| v. | |
| TECHNICAL DATA COLLECTION INC., an Oregon corporation; RON LEVASSEUR; TRACY SCHROCK; and ALEXANDER MAUREEN SCHROCK, | |
| Defendant. | |

    This matter comes before the Court based on the Status Reports filed by the parties in February 2020 (ECF #31 and #32) ("Joint Status Reports"). Based upon the Joint Status Reports, the files and records herein and the stipulation of the parties, as evidenced by the signatures of their counsel, below, IT IS HEREBY ORDERED:

    1.    This case shall be administratively closed, but shall not be dismissed.

    2.    Plaintiff shall have the right to move the Court to reopen the case if defendant Ron Levasseur fails to make the payments required by the Amended Judgment entered

in the Circuit Court for the State of Oregon for the County of Washington, Case No. 18CR25128 ("Amended Judgment"), as ore particularly described in the Joint Status Reports.

3. All statutes of limitation associated with plaintiff's claims shall be tolled unless and until the claims in this case are dismissed by this Court or by plaintiff.

4. If defendant Ron Levasseur fulfills his obligations under the Amended Judgment, plaintiff shall file a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41 promptly thereafter.

DATED: April 14, 2020

*Stacie F. Beckerman*
The Honorable Stacie F. Beckerman
UNITED STATES MAGISTRATE JUDGE

IT IS SO STIPULATED:

FARLEIGH WADA WITT

By: */s/ Kimberley Hanks McGair*       Dated: April 14, 2020
Kimberley Hanks McGair, OSB #984205
Attorneys for Plaintiff
(503) 228-6044 (phone)
kmcgair@fwwlaw.com

JJH LAW PC

By: */s/ Joseph J. Haddad*       Dated: April 14, 2020
Joseph Haddad, OSB #002696
Attorneys for Defendant
Ron Levasseur
(503) 552-1467 (phone)
joseph@jjh-law.com